UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ,<br>                                Plaintiff,<br><br>-v-<br><br>GIRAFFE COMPANY, INC., *et al.*,<br>                                Defendants. | 19-CV-8774 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Defendants were served on October 7, 2019. However, no appearance has been entered on either defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

If Plaintiff fails by December 13, 2019, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: November 26, 2019
       New York, New York

                                                   J. PAUL OETKEN
                                       United States District Judge