UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020
```

-------------------------------------------------------------------X
                                                                   :
HELEN SWARTZ,                                                      :
                                                                   :
                          Plaintiff,                              :
                                                                   :                19-cv-8774 (LJL)
            -v-                                                    :
                                                                   :                    ORDER
GIRAFFE COMPANY, INC, and LIBRARY HOTEL                           :
COMPANY, INC.,                                                     :
                                                                   :
                          Defendants.                            :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        During the initial pretrial conference on April 24, 2020, the Court instructed the parties to

resubmit a proposed joint Case Management Plan and Scheduling Order based on the latest

template available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  This template includes

language on procedures in light of the COVID-19 pandemic, including the taking of depositions.

        The parties are reminded to resubmit their proposed joint Case Management Plan and

Scheduling Order with the language in this template.


        SO ORDERED.

Dated: May 18, 2020
       New York, New York            _____
                                           LEWIS J. LIMAN
                                        United States District Judge