UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HELEN SWARTZ                                         :

                                                     :
                                                              ORDER
            Plaintiff,                               :        19 Civ. 8774 (LJL) (GWG)

    -v.-                                             :

GIRAFFE COMPANY INC., et al.                         :

            Defendants.                              :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It has come to the Court's attention that both sides are not prepared to proceed with the conference Thursday. Accordingly, it is adjourned sine die. The parties shall write to the Court when they both wish to proceed with the conference and the Court will reschedule it promptly. The parties are reminded that this adjournment has no effect on their obligation to comply with the Case Management Plan and Scheduling Order (Docket # 34) or any other deadlines in this case.

      SO ORDERED.

Dated: June 16, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge