UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HELEN SWARTZ, Individually, : | |
| : | |
| Plaintiff, : | |
| vs. : | |
| : | Case No. 1:19-cv-8774-JPO |
| GIRAFFE COMPANY INC., a New York : | |
| Corporation, and LIBRARY HOTEL COMPANY : | **Joint Letter Motion** |
| INC., a New York Corporation, : | |
| : | |
| Defendants. : | |

---

**To the Honorable Lewis J. Liman**

As a result of the pandemic, the hotel at issue in the instant matter, The Hotel Giraffe, has been and remains closed. The Defendants are unsure if the hotel will reopen at this time; should it not, this litigation would become moot.

Accordingly, the parties would request the following:

1. A stay of the proceedings until the parties know definitely if the subject hotel will reopen.

2. That the proposed joint pretrial order and the trial date be adjourned *sine die* and this matter be stayed for an additional three (3) months, until it can be determined whether the hotel is reopened.

This is the second extension of time and adjournment request related to the joint pretrial order and trial date.

The Court's attention to this matter is greatly appreciated.

DATED: December 1, 2020

This action is STAYED until February 1, 2021. The parties are directed to submit a joint status letter at that time.

SO ORDERED.  12/1/2020.

LEWIS J. LIMAN
United States District Judge

Respectfully submitted,

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Lawrence A. Fuller* | */s/ Mitchell S. Segal* |
| Lawrence A. Fuller, Esq. (LF 5450) | Mitchell S. Segal, Esq. |
| Fuller, Fuller & Associates, P.A. | Law Offices of Mitchell S. Segal, PC |
| 12000 Biscayne Boulevard, Suite 502 | 1129 Northern Boulevard, Suite 404 |
| North Miami, FL 33181 | Manhasset, New York 11030 |
| Telephone: (305) 891-5199 | Telephone: (516) 415-0100 |
| Facsimile: (305) 893-9505 | Facsimile: (516) 706-6631 |
| Lfuller@fullerfuller.com | msegal@segallegal.com |