UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

        Plaintiff,

vs.

Case No. 1:19-cv-8774-JPO

GIRAFFE COMPANY INC., a New York Corporation, and LIBRARY HOTEL COMPANY INC., a New York Corporation,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

February 1, 2021

Respectfully submitted,

*s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF-5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2021, the foregoing document was filed with the Clerk of Court via the Court's CM/ECF system, which will automatically notify defense counsel:

Mitchell S. Segal, Esq.
Law Offices of Mitchell S. Segal, PC
137 Fifth Avenue; 9th Floor
New York, NY 10010
msegal@segallegal.com

*s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF-5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

*Counsel for Plaintiff*